THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSSA COMBS,<br><br>             Plaintiff,<br><br>      v.<br><br>UNFIN, INC.,<br><br>             Defendant. | CASE NO. C24-5480-JCC<br><br>MINUTE ORDER |

        The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

        This matter comes before the Court on Plaintiff's notice of settlement (Dkt. No. 12). Under Federal Rule of Civil Procedure 41, a plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment, or by filing a stipulation signed by all parties. Here, Defendant has filed an amended answer to the complaint (Dkt. No. 11) and the notice of settlement is not signed by all parties who have appeared. Accordingly, if the parties wish to close this case, they must either file a stipulated motion of dismissal signed by all parties, or individually file a motion requesting the Court dismiss the case.

//

//

MINUTE ORDER, C24-5480-JCC
PAGE - 1

DATED this 4th day of September 2024.

                                          <u>Ravi Subramanian</u>
                                          Clerk of Court

                                          <u>s/Kathleen Albert</u>
                                          Deputy Clerk